UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

------------------------------------------------------------X
In re:                                          :
                                                :
RFS ECUSTA INC. and                             :     Case No. 3:05cv214-MU
RFS US INC.,                                    :
                                                :
        Debtors,                                :
                                                :
------------------------------------------------------------X
LANGDON M. COOPER,                              :
as Chapter 7 Trustee for the estates of         :
RFS ECUSTA INC. AND RFS US INC.,                :
                                                :
        Plaintiff,                              :
                                                :
    v.                                          :
                                                :
                                                :     CONSENT ORDER
                                                :     TO EXTEND TIME
NATHU RAM PURI, UPENDRA K. PURI,                :
AJAY BADHWAR, STEVEN H. SMITH,                  :
PURICO (IOM) LIMITED, PURICO US, INC.,          :
RF & SON, INC., DOORLOCK, LTD., ECUSTA          :
FIBERS LTD., ECUSTA AUSTRALIA PTY.              :
LTD., PURICO GMBH, ENVIRONMENTAL                :
DESIGN CONSULTANCY,                             :
P.H. GLATFELTER COMPANY and                     :
MOLLANVICK, INC.,                               :
                                                :
        Glatfelter.                             :
                                                :
------------------------------------------------------------X

This Court entered Orders (the "Withdrawal Order") on May 9, 2005 *sua sponte* withdrawing the reference to the Bankruptcy Court in five adversary proceedings, and staying the proceedings in these cases: Adversary Proceeding Number 04-3232 (Trustee v. P.H. Glatfelter Company, et al.); Adversary Proceeding Number 04-3233 (Trustee v. Nathu Ram Puri, et al.); Adversary Proceeding Number 04-3231 (Trustee v. Dechert, LLP), Adversary Proceeding

C722125.12

Number 03-3352 (Trustee v. Nathu Ram Puri, et al.) and Adversary Proceeding Number 04-3069 (Trustee v. P.H. Glatfelter Company, et al.) (collectively the "Five Adversary Proceedings").

There have also been two Motions for the Withdrawal of the Reference filed pursuant to 28 U.S.C. §157(d). One Motion was filed by Nathu Ram Puri, Upendra K. Puri, Purico (IOM) Limited, Purico US, Inc., RF & Son, Inc. and Purico GmbH in Adversary Proceeding Number 04-3232. The second Motion was filed by Nathu Ram Puri, Upendra K. Puri, Ajay Badhwar, Steven H. Smith, Purico (IOM) Limited, Purico US, Inc., RF & Son, Inc., Doorlock, Ltd., Ecusta Australia Pty. Ltd., Purico GmbH and Environmental Design Consultancy in Adversary Proceeding Number 04-3233.

The Withdrawal Order provided that parties in the Five Adversary Proceedings shall have ten days from service of the Order to object to the withdrawal of the reference. It appears to this Court that the parties to all Five Adversary Proceedings have consented to an extension of time to object to the Withdrawal Order and to request additional relief.

With the consent of the parties, it is hereby

**ORDERED** that the following schedule shall govern any objections to the Withdrawal Order:

    a. Any objections to the relief granted in the Withdrawal Order by any party to any of the Five Adversary Proceedings shall be served and filed on or before June 6, 2005;

    b. Any responses to objections to the Withdrawal Order shall be served and filed on or before June 17, 2005; and

    c. Any replies to such responses shall be served and filed on or before June 24, 2005; and

**IT IS FURTHER ORDERED** that any motions made on or before June 6, 2005 in response to the Withdrawal Order ("Related Motions") shall be governed by the following briefing schedule:

- a. Opposition to Related Motions ("Related Motion Opposition") shall be served and filed on or before June 20, 2005; and

- b. Replies to Related Motion Opposition shall be served and filed on or before June 27, 2005; and

**IT IS FURTHER ORDERED** that service shall be made by facsimile or personal delivery with a copy sent via overnight mail; and

**IT IS FURTHER ORDERED** that this identical Order shall be entered by the Clerk of this Court in each of the five civil files assigned for these proceedings.

This the 26th day of May, 2005.

_____
GRAHAM C. MULLEN, CHIEF UNITED STATES
DISTRICT COURT JUDGE