# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## 3:05cv214

Langdon M. Cooper,

    Plaintiff,

V

Nathu Ram Puri, et al,

    Defendants

## ORDER

This matter is before the Clerk for purposes of returning the bond on deposit with the Clerk. Plaintiff posted a $200.00 bond with the Clerk in accordance with an Order of this court filed February 21, 2007, [entry #33].

This case was closed on June 17, 2010, and an audit of the court's deposit fund reflected that the bond was not returned.

Therefore, the $200.00 bond deposited by Plaintiff is to be returned to Alan E. Gamza, plaintiff's counsel of record in this case.

So Ordered, this 6th day of March, 2014.

Signed: March 6, 2014

_____
Frank G. Johns, Clerk
United States District Court